# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DEE W. LINKE,

        Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,

        Defendant.

2:14-cv-01400-APG-VCF

**ORDER**

       The Joint Pretrial Order was due on September 21, 2015.  The parties have not filed a Joint Pretrial Order.

       IT IS HEREBY ORDERED that a status hearing is scheduled for 3:00 p.m., October 8, 2015, in courtroom 3D.

       DATED this 30th day of September, 2015.

                                         CAM FERENBACH
                                         UNITED STATES MAGISTRATE JUDGE