Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DEE W. LINKE,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

No. 2:14-cv-01400-APG-VCF

**ORDER**

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

_/s/ Mitchell D. Gliner_

Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
Attorney for Plaintiff

SNELL & WILMER L.L.P.

_/s/ Paul Swen Prior_

Paul Swen Prior, Esq.
Nevada Bar #009324
3883 Howard Hughes Pkwy., #1100
Las Vegas, NV 89169
Attorneys for Defendant

IT IS SO ORDERED this 30th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE